## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN BURRISON** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-1175** |
| | : | |
| **ARI-RCC 36, LLC** | : | |

## ORDER

This 23rd day of May, 2019, it is hereby **ORDERED** that this matter is **DISMISSED** without prejudice for lack of prosecution.

    /s/ Gerald Austin McHugh
United States District Judge